# EXHIBIT "A"

STEPHEN MONTELEONE
(1886-1962)

PATRICK J. DUFFY
A Professional Corporation,
PARTNER

# MONTELEONE & McCRORY, LLP
## LAWYERS

A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

725 SOUTH FIGUEROA STREET, SUITE 3200

LOS ANGELES, CALIFORNIA 90017-5446

TELEPHONE (213) 612-9900

FACSIMILE (213) 612-9930

ORANGE COUNTY OFFICE
450 WEST FOURTH STREET, SUITE 130
SANTA ANA, CALIFORNIA 92701

TELEPHONE
(714) 565-3170

FACSIMILE
(714) 565-3184

November 12, 2004

OUR FILE NUMBER

15085

Mr. Ronald C. Savona
Chief Operating Officer
Modtech Holdings, Inc.
2830 Barrett Avenue
Perris, California 92571

Re:  Legal Representation

Dear Ron:

  We are pleased that you wish to retain Monteleone & McCrory to handle both the general business legal needs of Modtech Holdings, Inc. and the dispute resolution needs of the company.  In that regard, we will proceed to up-grade your subcontract and change order forms on the one hand and advance claims and defend asserted liabilities on the Heritage High School project and the Monroe Middle School project on the other. We will also represent you in negotiations with the owners of those two schools (Liberty Union High School District and the Campbell Union School District) as well as dealing with the architects on those projects and the site contractors on those projects.

  California law requires us to formalize discussions regarding our fee arrangement in writing.  This letter will thus serve to describe the services for which you have retained us, document our acceptance of the matter, and set forth our fee arrangement. In addition, it shall govern our attorney-client relationship for its duration. Please sign the enclosed copy of this letter on the blank signatory line immediately below my signature to indicate your agreement to this fee arrangement, and return the signed copy to me for our files.  A self-addressed, stamped envelope is enclosed for your convenience.

C:\WP51\DATA\PJDFORMS\CORP\FEE-LTR.AGR
(HOURLY BILL) Rev. 2/24/98/PJD

EXHIBIT "A"

LAW OFFICES
MONTELEONE & McCRORY, LLP

Mr. Ronald C. Savona
November 12, 2004
Page 2


      Our fees for legal services are calculated according to the time required to perform particular tasks, at our normal hourly rates. These rates vary depending upon the attorney, legal assistant, or other personnel assigned by the firm to perform a particular task. Where appropriate, we will assign other lawyers, consultants, legal assistants or support personnel to perform work on this matter if, in our reasonable judgment, that is advisable. We will be happy to discuss personnel assignments with you at any time. Our charges will include all time spent by us in handling the matter, including time spent waiting in court, time spent in travel, and time spent in office conferences between or among the legal personnel assigned to work on this matter. When such personnel engage in office conferences, each person will charge for his or her time. Likewise, if more than one of our legal personnel attends a meeting, court hearing or other proceeding, each will charge for his or her time. Work on particular matters is coordinated between partners and associates in order to maximize efficiency and minimize costs.

      Additionally, if you desire, our firm will agree to act as your company's statutory agent for service of process in California. If you request that we act as your company's statutory agent, should we receive service of any process on behalf of your company we agree to forward it to you as soon after receipt as practicable. We will forward all such items received to you, at the address to which we are sending this letter, unless you designate a different address in writing.

      A list of our personnel, along with their hourly billing rates, is enclosed with this letter. You should also note that our hourly rates are adjusted periodically (usually on January 1st of each year, although interim adjustments are sometimes made).

      As a special Thank You to Dennis Shogren for considering us for this relationship, I will reduce my regular hourly rate by $25.00 through 2005.

Case 6:09-ap-01268-TD   Doc 13-1   Filed 12/09/09   Entered 12/09/09 10:52:15   Desc
                              Exhibit A    Page 4 of 9

LAW OFFICES
# MONTELEONE & McCRORY, LLP

Mr. Ronald C. Savona
November 12, 2004
Page 3

     In addition to our fees, you will also be responsible for paying all costs and expenses incurred in our handling of the matter, including filing fees, transcript and court reporter's fees, messenger and other delivery fees, process service fees, jury fees, witness fees, investigator's fees, expert's or consultant's fees, photocopies, travel costs, Fax charges, long distance telephone charges, car telephone charges, computer-assisted legal research charges, and other similar items.

     Also, we may, with your consent, engage accountants, investigators, appraisers, engineers, architects, and/or other experts or consultants in various locales and areas of expertise to assist us in our representation. You agree to reimburse us, or upon our request, to pay directly, any such expenses incurred in the course of our representation of you.

     You hereby agree to pay, upon execution of this agreement, a deposit in the amount of $2,500.00 which shall be placed in our trust account. This agreement shall not become effective until we receive this deposit. The deposit shall not be applied against our periodic invoices, but rather invoices shall be payable monthly, and the deposit shall be held in reserve to be applied against any invoices for fees or costs that are outstanding at the conclusion of our representation of you. If your account is in good credit standing at the end of 2005, you may request the return of the deposit. In any event, we will return the unexpended portion of this deposit to you should our firm cease to represent Modtech for any reason.

     You will receive a monthly statement which itemizes the particular service rendered, the amount charged for that service, and all expenses, costs and other charges incurred. All time spent in connection with the matter will be billed in increments of tenths of an hour. Our policy is to require that each month's statement be paid in full within 30 days of issuance.

     You have the right at any time to terminate our services upon written notice to us and we shall, immediately after receiving such notice, cease to render additional services. Such termination shall not, however, relieve you of your

C:\WP51\DATA\PJDFORMS\CORP\FEE-LTR.AGR
(HOURLY BILL) Rev. 2/24/98/PJD

EXHIBIT "A"

LAW OFFICES
MONTELEONE & McCRORY, LLP

Mr. Ronald C. Savona
November 12, 2004
Page 4

obligation to pay the fees due for services rendered and costs incurred prior to such termination. Likewise, if you fail to meet any of your obligations under this agreement, we shall have the right at our sole option and discretion to terminate this agreement, withhold further services, cease our representation of you, and withdraw as counsel of record for you in any proceeding. In this event you agree to take all steps necessary to free us of any obligation to perform any additional services on your behalf, including the execution of any documents necessary to complete our discharge or withdrawal from the matter.

You hereby grant us a lien on any and all claims or causes of action which are the subject of our representation of you pursuant to this agreement, as well as any and all other claims or causes of action which we may advance for you in connection with any other matter where we have been retained to act or have acted as counsel on your behalf. This lien shall be for the full amount of attorneys fees and costs owed to the firm on all matters, regardless of the matter or matters that those fees and costs relate to. This lien will be in addition to any other rights we may have to recover sums owing from you under this agreement. If you so desire, you may seek the advice of independent counsel of your choice with regard to the liens you are granting us hereunder, and we will of course give you the time necessary to do so. By signing this agreement you are consenting to the granting of the liens specified herein.

We can of course make no promises or guarantees regarding the outcome of the matter, and nothing contained in this agreement or in our statements to you shall be construed as a promise, guarantee, representation or assurance about the outcome of any matter.

You shall have all rights provided by applicable California law under certain circumstances to seek arbitration of any disputes regarding our fees under this agreement. Subject to applicable law and state bar rules, the prevailing party in any such arbitration shall be awarded its reasonable costs and attorney's fees incurred in connection with the dispute.

C:\WP51\DATA\PJDFORMS\CORP\FEE-LTR.AGR
(HOURLY BILL) Rev. 2/24/98/PJD

EXHIBIT "A"

LAW OFFICES
# MONTELEONE & McCRORY, LLP

Mr. Ronald C. Savona
November 12, 2004
Page 5


    Monteleone & McCrory, LLP is a limited liability partnership (LLP), registered with the California Secretary of State's office. The partners and other professionals of an LLP are responsible for their own tortious conduct, but not for the misconduct of others. The assets of an LLP, including amounts payable to clients under any policies of insurance covering errors and omissions of professionals of the firm, are available to satisfy claims against the LLP.

    In order to enable us to effectively render our services to you in this matter, it is important that you be truthful with us in discussing the matter and keep us apprised of all developments regarding the matter. Additionally, it is important that you cooperate with us in connection with our representation of you, and that you be reasonably available to attend meetings, court appearances, or other proceedings in connection with the matter.

    By your signature below, you are indicating that you have read this agreement in its entirety and understand its contents. Further, you acknowledge that we have advised you that you may seek the advice of an independent attorney as to the meaning and effect of the contents of this agreement and that you have either sought and obtained such independent advice or waived your opportunity to do so.

    We look forward to working with you on this matter. Should you have any questions regarding this letter, please do not hesitate to contact me.

                                            Very truly yours,

                                            MONTELEONE & McCRORY

                                            By /s/ Patrick J. Duffy
                                                PATRICK J. DUFFY

PJD:mkd
Enclosures

LAW OFFICES
MONTELEONE & McCRORY, LLP

Mr. Ronald C. Savona
November 12, 2004
Page 6

ACCEPTED:

MODTECH HOLDINGS, INC.

By_____
RONALD C. SAVONA

C:\WP51\DATA\PJDFORMS\CORP\FEE-LTR.AGR
(HOURLY BILL) Rev. 2/24/98/PJD

EXHIBIT "A"

LAW OFFICES
MONTELEONE & McCRORY, LLP

Mr. Ronald C. Savona
November 12, 2004
Page 6



ACCEPTED:

MODTECH HOLDINGS, INC.


By_____
    RONALD C. SAVONA

## Patrick J. Duffy, III, Partner         $ 375.00

| | |
|---|---:|
| OTHER PARTNERS | $ 220.00 - $ 350.00 |
| ASSOCIATES | $ 150.00 - $ 220.00 |
| LAW CLERKS | $ 125.00 |
| PARALEGALS | $ 115.00 |

EXHIBIT "A"