SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Counsel to plaintiff Monteleone & McCrory LLP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:08-bk-24324-TD |
| MODTECH HOLDINGS, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | Adv. Case No. 6:09-ap-01268-TD |
| | **RESPONSE OF PLAINTIFF MONTELEONE & McCRORY, LLP TO MODTECH'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| MONTELEONE & McCRORY, LLP, | |
| Plaintiff, | |
| v. | **Live Hearing:** |
| MODTECH HOLDINGS, INC., and MODTECH STRUCTURES LLC, | DATE: January 28, 2010<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 1345<br>225 E. Temple Street<br>Los Angeles, CA 90012 |
| Defendants. | -and- |
| | **Via Video Conference:**<br>DATE: January 28, 2010<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 303<br>3420 Twelfth Street<br>Riverside, CA 92501 |

Since Modtech Structures, LLC's Separate Statement of Uncontroverted Facts in Support of Motion for Summary Judgment [Docket No. 19] relies solely on the facts whose accuracy has been stipulated by all parties [Docket No. 13], Plaintiff Monteleone & McCrory, LLP agrees that all of said facts are uncontroverted. The dispute between the parties is whether, when the law is applied to the uncontroverted facts, it dictates the conclusions of law asserted by Defendant Modtech Structures, LLC in its Motion for Summary Judgment, or those conclusions of law asserted by Plaintiff Monteleone & McCrory, LLP in its Motion for Summary Judgment.

Dated: January 15, 2010            CLARKSON, GORE & MARSELLA, APLC

By: /s/ Scott C. Clarkson
Scott C. Clarkson, Esq.
Eve A. Marsella, Esq.
Attorneys for plaintiff Monteleone & McCrory LLP

| In re: | CHAPTER: 11 |
|---|---|
| MODTECH HOLDING, IN., Debtor(s). | ADV. NUMBER: 6:08-bk-24324-TD<br>CASE NUMBER: 6:09-ap-01268-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street, Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described _____ Response of Plaintiff Monteleone & McCrory, LLP to Modtech's Separate Statement of Uncontroverted Facts in Support of Motion for Summary Judgment _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 15, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Counsel for Modtech Structures LLC (Defendant)**
James K T Hunter    jhunter@pszyjw.com

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On January 15, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Judge**
Honorable Thomas B. Donovan
255 East Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 15, 2010 | Michelle A. Carpenter | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009    F 9013-3.1

| In re:                           |             | CHAPTER: 11                      |
|----------------------------------|-------------|----------------------------------|
| MODTECH HOLDING, IN.,            |             | ADV. NUMBER: 6:08-bk-24324-TD    |
|                                  | Debtor(s).  | CASE NUMBER: 6:09-ap-01268-TD    |

**BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**Counsel for Modtech Holdings, Inc. (Defendant)**
Charles Liu    cliu@winthropcouchot.com
Marc J Winthrop    pj@winthropcouchot.com

**U.S. Trustee**
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov