**SCOTT C. CLARKSON, ESQ.  SBN 143271**
**EVE A. MARSELLA, ESQ.  SBN 165797**
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
**3424 Carson Street, Suite 350**
**Torrance, California 90503**
**(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**

Counsel to plaintiff Monteleone & McCrory LLP

> FILED & ENTERED
>
> MAR 04 2010
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY toliver    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:08-bk-24324-TD |
| MODTECH HOLDINGS, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | Adv. Case No. 6:09-ap-01268-TD |
| | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT MODTECH STRUCTURES LLC** |
| MONTELEONE & McCRORY, LLP, | |
| Plaintiff, | |
| v. | Date: February 25, 2010 |
| | Time: 11:00 a.m. |
| MODTECH HOLDINGS, INC., and MODTECH STRUCTURES LLC, | Place: Courtroom 1375 |
| Defendants. | |

The Motion of defendant Modtech Structures LLC for Summary Judgment came on regularly for hearing before this Court on February 25, 2010 at 11:00 a.m. Appearing for plaintiff Monteleone & McCrory LLP was Scott C. Clarkson of Clarkson, Gore & Marsella,

1

APLC. Appearing for defendant Modtech Structures LLC was James Hunter, Esq. of Pachulski, Stang, Ziehl & Jones, LP. No other appearances were made.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, it is hereby **ORDERED** that the Motion for Summary Judgment filed by defendant Modtech Structures LLC is **DENIED** for the reasons set forth within the court's written tentative, and as clarified and modified on the record.

###

DATED: March 4, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **[PROPOSED] ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT MODTECH STRUCTURES LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **March 2, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**
Honorable Thomas B. Donovan
255 E. Temple Street  Suite 1352
Los Angeles, CA 90012

☒    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on \_\_\_\_\_ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 2, 2010 | Michelle A. Carpenter | /S/ Michelle A. Carpenter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

**SERVED BY U.S. MAIL (Cont'd)**

**Defendants**
Modtech Holdings, Inc.
2830 Barrett Ave.
Perris, CA  92571

Modtech Structures LLC
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11Floor
Los Angeles, CA  90067

**Counsel for Defendant**
Charles Liu, Esq.
Winthrop Couchot
660 Newport Cener Dr. 4th Floor
Newport Beach, CA  92660

Marc J. Winthrop, Esq.
660 Newport Center Dr., Suite 400
Newport Beach, CA  92660

James K T Hunter, Esq.
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA  90067

**U.S. Trustee**
United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA  92501

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **[PROPOSED] ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT MODTECH STRUCTURES LLC** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 2, 2010 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**U.S. TRUSTEE**
United States Trustee (RS)     Ustpregion16.rs.ecf.usdoj.gov

**COUNSEL FOR DEFENDANT**
Charles Liu, Esq.     liu@winthropcouchot.com

Marc J. Winthrop, Esq.     pj@winthropcouchot.com

James K T Hunter, Esq.     jhunter@pszyjw.com

☒     Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐     Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**See attached**

☒     Service information continued on attached page

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ΑNEF@) (Cont'd)**

**COUNSEL FOR ATTORNEY**
Scott Clarkson, Esq.    sclarkson@lawcgm.com

Eve A Marsella, Esq.    emarsella@lawcgm.com

**TO BE SERVED BY THE LODGING PARTY (Cont'd)**

**Defendants**
Modtech Holdings, Inc.
2830 Barrett Ave.
Perris, CA  92571

Modtech Structures LLC
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11Floor
Los Angeles, CA  90067