IRA D. KHARASCH (CA Bar #109084)
JAMES K.T. HUNTER (CA Bar #73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, California 90067
Telephone:    (310) 277-6910
Facsimile:    (310) 201-0760
Email: ikharasch@pszjlaw.com
          jhunter@pszjlaw.com

Attorneys for Defendant and Appellant Modtech Structures LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>MODTECH HOLDINGS, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 6:08-bk-24324-TD<br><br>Chapter 11 |
| MONTELEONE & MCCRORY, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>MODTECH HOLDINGS, INC., and MODTECH STRUCTURES LLC,<br><br>Defendants. | Adv. Case No. 6:09-ap-01268-TD<br><br>**STATEMENT OF ISSUES ON APPEAL FROM (1) ORDER GRANTING MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF MONTELEONE & MCCRORY LLP AND (2) ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT MODTECH STRUCTURES LLC**<br><br>[NO HEARING REQUIRED] |

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellant Modtech Structures LLC identifies the issues to be presented by Appellant in its appeal from the (1) Order Granting Motion for Summary Judgment Filed by Plaintiff Monteleone & McCrory LLP and (2) Order Denying Motion for Summary Judgment Filed by Defendant Modtech Structures LLC that were both entered on March 4, 2010 as follows:

1.  Did the bankruptcy court err in granting summary judgment in Appellee's favor, and denying summary judgment in favor of Appellant, given the stipulated, undisputed fact that Appellee, a law firm, did not disclose the reasonably foreseeable adverse consequences of the attorneys' lien which the bankruptcy court held to be valid and enforceable?

2.  Did the bankruptcy court err in granting summary judgment in Appellee's favor, and denying summary judgment in Appellant's favor, given that the stipulated, undisputed facts established that (a) only $11,467.05 of the funds in question were the proceeds of related actions and (2) Appellee did not file a UCC financing statement with the California Secretary of State?

Dated:  March 15, 2010                PACHULSKI STANG ZIEHL & JONES LLP

                                      By    */s/ James K.T. Hunter*
                                            Ira D. Kharasch
                                            James K.T. Hunter
                                            Attorneys for Defendant and Appellant,
                                            Modtech Structures LLC

1

51404-008\DOCS_LA:216843.1

| In re:<br>MODTECH HOLDINGS, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 6:08-bk-24324-TD<br><br>Adv. No. 6:09-ap-01268-TD |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **STATEMENT OF ISSUES ON APPEAL FROM (1) ORDER GRANTING MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF MONTELEONE & MCCRORY LLP AND (2) ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT MODTECH STRUCTURES LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 15, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 15, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
The Honorable Thomas B. Donovan
U. S. Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 15, 2010 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                        **F 9013-3.1**

| In re:<br>MODTECH HOLDINGS, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 6:08-bk-24324-TD<br><br>Adv. No. 6:09-ap-01268-TD |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Scott C Clarkson     sclarkson@lawcgm.com
- James K T Hunter     jhunter@pszyjw.com
- Charles Liu     cliu@winthropcouchot.com
- Eve A Marsella     emarsella@lawcgm.com
- United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
- Marc J Winthrop     pj@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**