IRA D. KHARASCH (CA Bar #109084)
JAMES K.T. HUNTER (CA Bar #73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: ikharasch@pszjlaw.com
jhunter@pszjlaw.com

Attorneys for Defendant and Appellant Modtech Structures LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

In re

MODTECH HOLDINGS, INC.,

Debtor and Debtor-in-Possession.

Case No. 6:08-bk-24324-TD

Chapter 11

MONTELEONE & MCCRORY, LLP,

Plaintiff,

vs.

MODTECH HOLDINGS, INC., and MODTECH STRUCTURES LLC,

Defendants.

Adv. Case No. 6:09-ap-01268-TD

**AMENDED NOTICE OF APPEAL FROM (1) ORDER GRANTING MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF MONTELEONE & MCCRORY LLP, (2) ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT MODTECH STRUCTURES LLC AND (3) JUDGMENT**

[NO HEARING REQUIRED]

**NOTICE IS HEREBY GIVEN** that Defendant Modtech Structures, LLC ("MSL" or "Appellant") hereby appeals under 28 U.S.C. 158(a)(1) from the (1) Order Granting Motion for Summary Judgment Filed by Plaintiff Monteleone & Mccrory LLP, (2) Order Denying Motion for Summary Judgment Filed by Defendant Modtech Structures LLC, both of which were entered on March 4, 2010 and (3) Judgment entered on March 19, 2010.

Copies of the orders and judgment appealed from are attached as Exhibits "1", "2", and "3", respectively.

The names of all parties to the order and the names, addresses, and telephone and fax numbers of their respective attorneys are as follows:

| Appellant: | Attorneys for Appellant: |
|---|---|
| Modtech Structures LLC | Ira D. Kharasch<br>James K.T. Hunter<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., Suite 1100<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: ikharasch@pszjlaw.com<br>jhunter@pszjlaw.com |
| Appellee: | Attorneys for Appellee: |
| Monteleone & McCrory, LLP | Scott C. Clarkson<br>Eve A. Marsella<br>Clarkson, Gore & Marsella, APC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br>Telephone: (310) 542-0111<br>Facsimile: (310) 214-7254<br>Email: sclarkson@lawcgm.com<br>emarsella@lawcgm.com |
| Non-appealing defendant: | Attorneys for non-appealing defendant: |
| Modtech Holdings, Inc. | Marc J. Winthrop<br>Charles Liu<br>Winthrop Couchot<br>660 Newport Center Dr., 4th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4175<br>Facsimile: (949) 720-4111<br>Email: cliu@winthropcouchot.com<br>pj@winthropcouchot.com |

Dated: March 24, 2010

PACHULSKI STANG ZIEHL & JONES LLP

By *<u>/s/ James K.T. Hunter</u>*
Ira D. Kharasch
James K.T. Hunter
Attorneys for Defendant and Appellant,
Modtech Structures LLC

# EXHIBIT 1

**SCOTT C. CLARKSON, ESQ. SBN 143271**
**EVE A. MARSELLA, ESQ. SBN 165797**
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
**3424 Carson Street, Suite 350**
**Torrance, California 90503**
**(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**

Counsel to plaintiff Monteleone & McCrory LLP

FILED & ENTERED
MAR 04 2010
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tolivar DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>MODTECH HOLDINGS, INC.,<br><br>Debtor and Debtor in Possession. | Case No. 6:08-bk-24324-TD<br><br>Chapter 11<br><br>Adv. Case No. 6:09-ap-01268-TD |
| MONTELEONE & McCRORY, LLP,<br><br>Plaintiff,<br><br>v.<br><br>MODTECH HOLDINGS, INC., and MODTECH STRUCTURES LLC,<br><br>Defendants. | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF MONTELEONE & MCCRORY LLP**<br><br>Date: February 25, 2010<br>Time: 11:00 a.m.<br>Place: Courtroom 1375 |

The Motion of plaintiff Monteleone & McCrory LLP for summary judgment came on regularly for hearing before this Court on February 25, 2010 at 11:00 a.m. Appearing for plaintiff Monteleone & McCrory LLP was Scott C. Clarkson of Clarkson, Gore & Marsella,

EXHIBIT D

APLC. Appearing for defendant Modtech Structures LLC was James Hunter, Esq. of Pachulski, Stang, Ziehl & Jones, LP. No other appearances were made.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, it is hereby ORDERED that the Motion for Summary Judgment filed by plaintiff Monteleone & McCrory LLP is **GRANTED** for the reasons set forth within the court's written tentative, and as modified and clarified on the record.

###

DATED: March 4, 2010

[signature]
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF MONTELEONE & MCCRORY LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ______ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL ~~OR OVERNIGHT MAIL~~**(indicate method for each person or entity served): On **March 2, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an ~~overnight mail~~ service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE
Honorable Thomas B. Donovan
255 E. Temple Street Suite 1352
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY ~~PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR~~ EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 2, 2010 | Michelle A. Carpenter | /S/ Michelle A. Carpenter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVED BY U.S. MAIL (Cont'd)**

**Defendants**
Modtech Holdings, Inc.
2830 Barrett Ave.
Perris, CA 92571

Modtech Structures LLC
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11Floor
Los Angeles, CA 90067

**Counsel for Defendant**
Charles Liu, Esq.
Winthrop Couchot
660 Newport Cener Dr. 4th Floor
Newport Beach, CA 92660

Marc J. Winthrop, Esq.
660 Newport Center Dr., Suite 400
Newport Beach, CA 92660

James K T Hunter, Esq.
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

**U.S. Trustee**
United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled *(specify)* **PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF MONTELEONE & MCCRORY LLP** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 2, 2010 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**U.S. TRUSTEE**
United States Trustee (RS) Ustpregion16.rs.ecf.usdoj.gov

**COUNSEL FOR DEFENDANT**
Charles Liu, Esq. liu@winthropcouchot.com

Marc J. Winthrop, Esq. pj@winthropcouchot.com

James K T Hunter, Esq. jhunter@pszyjw.com

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**See attached**

☒ Service information continued on attached page

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEFe) (Cont'd)**

**COUNSEL FOR ATTORNEY**

Scott Clarkson, Esq. sclarkson@lawcgm.com

Eve A Marsella, Esq. emarsella@lawcgm.com

**TO BE SERVED BY THE LODGING PARTY (Cont'd)**

**Defendants**

Modtech Holdings, Inc.
2830 Barrett Ave.
Perris, CA 92571

Modtech Structures LLC
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11Floor
Los Angeles, CA 90067

# EXHIBIT 2

SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Counsel to plaintiff Monteleone & McCrory LLP

FILED & ENTERED

MAR 04 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tolliver DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>MODTECH HOLDINGS, INC.,<br><br>Debtor and Debtor in Possession. | Case No. 6:08-bk-24324-TD<br><br>Chapter 11<br><br>Adv. Case No. 6:09-ap-01268-TD |
| MONTELEONE & McCRORY, LLP,<br><br>Plaintiff,<br><br>v.<br><br>MODTECH HOLDINGS, INC., and MODTECH STRUCTURES LLC,<br><br>Defendants. | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT MODTECH STRUCTURES LLC**<br><br>Date: February 25, 2010<br>Time: 11:00 a.m.<br>Place: Courtroom 1375 |

The Motion of defendant Modtech Structures LLC for Summary Judgment came on regularly for hearing before this Court on February 25, 2010 at 11:00 a.m. Appearing for plaintiff Monteleone & McCrory LLP was Scott C. Clarkson of Clarkson, Gore & Marsella,

EXHIBIT 2

APLC. Appearing for defendant Modtech Structures LLC was James Hunter, Esq. of Pachulski, Stang, Ziehl & Jones, LP. No other appearances were made.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, it is hereby **ORDERED** that the Motion for Summary Judgment filed by defendant Modtech Structures LLC is **DENIED** for the reasons set forth within the court's written tentative, and as clarified and modified on the record.

###

DATED: March 4, 2010

[signature]
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **[PROPOSED] ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT MODTECH STRUCTURES LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _______ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL ~~OR OVERNIGHT MAIL~~**(indicate method for each person or entity served): On **March 2, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an ~~overnight mail~~ service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**
Honorable Thomas B. Donovan
255 E. Temple Street Suite 1352
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY ~~PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR~~ EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 2, 2010 | Michelle A. Carpenter | /S/ Michelle A. Carpenter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVED BY U.S. MAIL (Cont'd)**

**Defendants**
Modtech Holdings, Inc.
2830 Barrett Ave.
Perris, CA 92571

Modtech Structures LLC
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11Floor
Los Angeles, CA 90067

**Counsel for Defendant**
Charles Liu, Esq.
Winthrop Couchot
660 Newport Cener Dr. 4th Floor
Newport Beach, CA 92660

Marc J. Winthrop, Esq.
660 Newport Center Dr., Suite 400
Newport Beach, CA 92660

James K T Hunter, Esq.
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

**U.S. Trustee**
United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

2) The title of the judgment or order and all service information must be filled in by the party lodging the order.

3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled *(specify)* **[PROPOSED] ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT MODTECH STRUCTURES LLC** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 2, 2010 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**U.S. TRUSTEE**
United States Trustee (RS) Ustpregion16.rs.ecf.usdoj.gov

**COUNSEL FOR DEFENDANT**
Charles Liu, Esq. liu@winthropcouchot.com

Marc J. Winthrop, Esq. pj@winthropcouchot.com

James K T Hunter, Esq. jhunter@pszyjw.com

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**See attached**

☒ Service information continued on attached page

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEFe) (Cont'd)**

**COUNSEL FOR ATTORNEY**
Scott Clarkson, Esq. sclarkson@lawcgm.com

Eve A Marsella, Esq. emarsella@lawcgm.com

**TO BE SERVED BY THE LODGING PARTY (Cont'd)**

**Defendants**
Modtech Holdings, Inc.
2830 Barrett Ave.
Perris, CA 92571

Modtech Structures LLC
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11Floor
Los Angeles, CA 90067

# EXHIBIT 3

SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, CA 90503
Telephone: (310) 542-0111
Facsimile: (310) 214-7254

Counsel to plaintiff Monteleone & McCrory LLP

FILED & ENTERED

MAR 19 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

In re

MODTECH HOLDINGS, INC.,

Debtor and Debtor-in-Possession.

Case No. 6:08-bk-24324-TD

Chapter 11.

MONTELEONE & MCCRORY, LLP,

Plaintiff,

vs.

MODTECH HOLDINGS, INC., and MODTECH STRUCTURES LLC,

Defendants.

Adv. Case No. 6:09-ap-01268-TD

**JUDGMENT**

This action came on for hearing before the Court, on February 25, 2010, Hon. Thomas B. Donovan, Bankruptcy Court Judge Presiding, on a Motion for Summary Judgment by plaintiff Monteleone & McCrory LLP, and a Cross-Motion for Summary Judgment by defendant Modtech Structures, LLC. The evidence presented having been fully considered, the issues having been duly heard and a summary judgment having been duly ordered in favor of Monteleone & McCrory LLP,

///

///

EXHIBIT 3

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. judgment on the Complaint is entered in favor of Plaintiff M&M and against Defendants;

2. the Court determines that M&M's prepetition claim in the amount of $776,336.39 is reasonable and secured by reason of a valid attorneys' lien on the litigation proceeds of the Heritage High School, JT Plastering and Porter/Kennedy Elementary School matters; and

3. the Debtor is hereby ordered and directed to pay over to M&M all of the aforementioned litigation proceeds held, or to be held, in the Modtech Litigation Fund Account up to the amount of $776,336.39.

**IT IS SO ORDERED AND ADJUDGED.**

###

DATED: March 19, 2010

Thomas A Donovan
United States Bankruptcy Judge

| In re: MODTECH HOLDINGS, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-24324-TD<br>Adv. No. 6:09-ap-01268-TD |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street, Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described **[PROPOSED] JUDGMENT** ________________ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL ~~OR OVERNIGHT MAIL~~**(indicate method for each person or entity served):
On **March 2, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**
Honorable Thomas B. Donovan
255 E. Temple Street Suite 1352
Los Angeles, CA 90012

**Defendant**
Modtech Holdings, Inc.
2830 Barrett Ave.
Perris, CA 92571

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 2, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 2, 2010 | Michelle A. Carpenter | /S/ Michelle A. Carpenter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: MODTECH HOLDINGS, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-24324-TD<br>Adv. No. 6:09-ap-01268-TD |
|---|---|

**SERVED BY U.S. MAIL**

**Defendant**
Modtech Structures LLC
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11Floor
Los Angeles, CA 90067

**Counsel for Defendant**
Charles Liu, Esq.
Winthrop Couchot
660 Newport Cener Dr. 4th Floor
Newport Beach, CA 92660

Marc J. Winthrop, Esq.
660 Newport Center Dr., Suite 400
Newport Beach, CA 92660

James K T Hunter, Esq.
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

**U.S. Trustee**
United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

22

005391 57904005396020

| In re: MODTECH HOLDINGS, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-24324-TD<br>Adv. No. 6:09-ap-01268-TD |
|---|---|

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **[PROPOSED] JUDGMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 2, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**U.S. TRUSTEE**
United States Trustee (RS) Ustpregion16.rs.ecf.usdoj.gov

**COUNSEL FOR DEFENDANT**
Charles Liu, Esq. liu@winthropcouchot.com

Marc J. Winthrop, Esq. pj@winthropcouchot.com

James K T Hunter, Esq. jhunter@pszyjw.com

☒ Service information continued on attached page

II. **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

III. **TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See Attached**

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

23

005391 57904005396039

| In re: MODTECH HOLDINGS, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-24324-TD<br>Adv. No. 6:09-ap-01268-TD |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") (Cont'd)**

**COUNSEL FOR ATTORNEY**

Scott Clarkson, Esq. sclarkson@lawcgm.com

Eve A Marsella, Esq. emarsella@lawcgm.com

RECEIVED
MAR 2 4 2010
PACHULSKI, STANG, ZIEHL & JONES

**TO BE SERVED BY THE LODGING PARTY (Cont'd)**

**Defendants**

Modtech Holdings, Inc.
2830 Barrett Ave.
Perris, CA 92571

Modtech Structures LLC
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11Floor
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

24

005391 57904005396039

| In re: MODTECH HOLDINGS, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-24324-TD<br>Adv. No. 6:09-ap-01268-TD |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **AMENDED NOTICE OF APPEAL FROM (1) ORDER GRANTING MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF MONTELEONE & MCCRORY LLP, (2) ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT MODTECH STRUCTURES LLC AND (3) JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 24, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ____________ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 24, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
The Honorable Thomas B. Donovan
U. S. Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 24, 2010 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* 25 **F 9013-3.1**

| In re: MODTECH HOLDINGS, INC. Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-24324-TD<br>Adv. No. 6:09-ap-01268-TD |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Scott C Clarkson sclarkson@lawcgm.com
- James K T Hunter jhunter@pszyjw.com
- Charles Liu cliu@winthropcouchot.com
- Eve A Marsella emarsella@lawcgm.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Marc J Winthrop pj@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 26 F 9013-3.1