IRA D. KHARASCH (CA Bar #109084)
JAMES K.T. HUNTER (CA Bar #73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, California 90067
Telephone:    (310) 277-6910
Facsimile:    (310) 201-0760
Email: ikharasch@pszjlaw.com
       jhunter@pszjlaw.com

Attorneys for Defendant and Appellant Modtech Structures LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>MODTECH HOLDINGS, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 6:08-bk-24324-TD<br><br>Chapter 11 |
| MONTELEONE & MCCRORY, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>MODTECH HOLDINGS, INC., and MODTECH STRUCTURES LLC,<br><br>Defendants. | Adv. Case No. 6:09-ap-01268-TD<br><br>**AMENDED DESIGNATION OF RECORD ON APPEAL FROM (1) ORDER GRANTING MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF MONTELEONE & MCCRORY LLP, (2) ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT MODTECH STRUCTURES LLC AND (3) JUDGMENT**<br><br>[NO HEARING REQUIRED] |

51404-008\DOCS_LA:217497.1

Case 6:09-ap-01268-TD    Doc 39    Filed 03/24/10    Entered 03/24/10 15:49:23    Desc
Main Document    Page 2 of 6

**TO APPELLEE AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellant Modtech Structures LLC herein designates the following documents and transcript to be included in the record on appeal:

| Bk. Case No. 2:08-bk-24324-TD  Adv. Proc. No. 2:09-ap-01268-TD | | |
|---|---|---|
| | DOCUMENT | DATE FILED |
| 1. | Complaint by Monteleone & McCrory, LLP against Modtech Holdings, Inc. [Docket No. 1] | 06/04/2009 |
| 2. | Answer to Complaint Filed by Modtech Holdings, Inc. [Docket No. 5] | 08/13/2009 |
| 3. | Stipulation By Modtech Structures LLC and (Modtech Holdings, Inc. and Monteleone & McCrory, LLP)/Stipulation for Joinder of Modtech Structures LLC as Additional Defendant Herein Pursuant to F.R.C.P. Rule 25(c) [Docket No. 8] | 11/19/2009 |
| 4. | Order on stipulation for joinder of Modtech Structures LLC as additional defendant herein pursuant to F.R.C.P. Rule 25(c) [Docket No. 9] | 12/02/2009 |
| 5. | Stipulation By Monteleone & McCrory, LLP and Modtech Holdings, Inc. and Modtech Structures LLC Amended Stipulation of Undisputed Facts (with Exhibits "A" and B" Attached) [Docket No. 13] | 12/09/2009 |
| 6. | Motion For Summary Judgment Monteleone & McCrory LLPs Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof [Separate Statement | 12/28/2009 |

51404-008\DOCS_LA:217497.1

|  | Description | Date |
|---|---|---|
|  | of Uncontroverted Facts and Conclusions of Law Filed Concurrently Herewith] [Docket No. 16] |  |
| 7. | Statement Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment Filed by Plaintiff Monteleone & McCrory, LLP [Docket No. 17] | 12/28/2009 |
| 8. | Motion For Summary Judgment/Notice of Motion and Motion of Defendant Modtech Structures LLC for Summary Judgment; Memorandum of Points and Authorities Filed by Defendant Modtech Structures LLC [Docket No. 18] | 12/28/2009 |
| 9. | Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion of Defendant Modtech Structures LLC for Summary Judgment [Docket No. 19] | 12/28/2009 |
| 10. | Monteleone & McCrory LLP's Opposition to Motion for Summary Judgment of Modtech Structures LLC; Memorandum of Points and Authorities in Support Thereof [Docket No. 20] | 01/14/2010 |
| 11. | Opposition of Defendant Modtech Structures LLC to Monteleone & McCrory LLP's Notice of Motion and Motion for Summary Judgment [Docket No. 21] | 01/14/2010 |
| 12. | Response to Monteleone & McCrory LLP's Separate Statement of Uncontroverted Facts [Docket No. 22] | 01/14/2010 |
| 13. | Response of Plaintiff Monteleone & McCrory, LLP to Modtech's Separate Statement of Uncontroverted Facts in Support of Motion for Summary Judgment [Docket No. 23] | 01/15/2010 |

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | 14. | Monteleone & McCrory LLP's Reply Brief in Support of its Motion for Summary Judgment [Docket No. 24] | 01/20/2010 |
| 4<br>5<br>6 | 15. | Reply Memorandum of Defendant Modtech Structures LLC ("MSL") in Support of MSL's Motion for Summary Judgment [Docket No. 25] | 01/20/2010 |
| 7<br>8 | 16. | Order Granting Motion for Summary Judgment filed by Plaintiff Monteleone & McCrory [Docket No. 26] | 03/04/2010 |
| 9<br>10 | 17. | Order Denying Motion for Summary Judgment filed by Defendant Modtech Structures [Docket No. 27] | 03/04/2010 |
| 11 | 18. | Judgment [Docket No. 35] | 03/19/2010 |
| | **TRANSCRIPT** | | |
| 13<br>14 | 1. | Transcript of Hearing held on February 25, 2010. | |

Dated:   March 24, 2010                        PACHULSKI STANG ZIEHL & JONES LLP

                                    By    */s/ James K.T. Hunter*
                                          Ira D. Kharasch
                                          James K.T. Hunter
                                          Attorneys for Defendant and Appellant,
                                          Modtech Structures LLC

| In re:<br>MODTECH HOLDINGS, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 6:08-bk-24324-TD<br><br>Adv. No. 6:09-ap-01268-TD |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **AMENDED DESIGNATION OF RECORD ON APPEAL FROM (1) ORDER GRANTING MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF MONTELEONE & MCCRORY LLP, (2) ORDER DENYING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT MODTECH STRUCTURES LLC AND (3) JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 24, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 24, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
The Honorable Thomas B. Donovan
U. S. Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 24, 2010 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| Date | Type Name | Signature |

| In re:<br>MODTECH HOLDINGS, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 6:08-bk-24324-TD<br><br>Adv. No. 6:09-ap-01268-TD |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Scott C Clarkson    sclarkson@lawcgm.com
- James K T Hunter    jhunter@pszyjw.com
- Charles Liu    cliu@winthropcouchot.com
- Eve A Marsella    emarsella@lawcgm.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Marc J Winthrop    pj@winthropcouchot.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1