# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Modtech Holdings Inc <br><br> Debtor(s). | CASE NO.: 6:08-24324 TD <br> COURT OF APPEAL NO.: EDCV 10-00466 PSG <br> ADVERSARY NO.: 6:09-01268 TD <br> BAP NO.: |
| Monteleone & McCrory LLP <br><br> Plaintiff(s), <br> vs. <br> Modtech Holdings Inc <br><br> Defendant(s) | CERTIFICATE OF READINESS AND COMPLETION OF RECORD |

**FILED**
MAY 28 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

**TO:** CLERK, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

**ATTORNEY OF RECORD FOR APPELLANT:**
Ira D Kharasch/James K.T. Hunter
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, Ste 1100
Los Angeles, CA 90067

**ATTORNEY OF RECORD FOR APPELLEE:**
Scott C Clarkson/Eve A Marsella
Clarkson Gore & Marsella APC
3424 Carson Street, Ste 350
Torrance, CA 90503

The undersigned Deputy Clerk of the U.S. Bankruptcy Court hereby certifies that the record on appeal is complete and ready for transmission. The Statement of Issues and Designation of Record have been filed. The status of the transcript(s) is as follows:

[✓]   All transcripts requested by:   [✓] Appellant
      For Hearings held on: _____

                                       [✓] Appellee
      For Hearings held on: February 25, 2010

      have been filed with this Court.

[ ]   No transcript(s) was(were) requested by:   [ ] Appellant   [ ] Appellee

I hereby certify that a copy of this Certificate was mailed to the above-listed attorneys on this date.

**DATED:** 5/28/10

KATHLEEN J. CAMPBELL, Clerk of Court

By: _RoseMarie Ayala_
Deputy Clerk

---

**CERTIFICATE OF READINESS - COURT OF APPEALS**
(Adversary) APPEALS: CR-BAP.ADV COURT OF APPEALS (Revised 2/2010)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPEAL SERVICE LIST

[ ] NOTICE OF REFERRAL OF APPEAL
[✓] CERTIFICATE OF READINESS AND COMPLETION OF RECORD

CASE NO.: 6:08-24324 TD                 ADVERSARY NO.: 6:09-01268 TD

---

[ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1510

[ ] U. S. DISTRICT COURT
Central District of California, Western Division
Civil Intake, Room G-19
312 North Spring Street
Los Angeles, CA 90012-4701

[ ] U. S. DISTRICT COURT
Central District of California, Southern Division
411 West Fourth Street
Room 1053
Santa Ana, CA 92701-4516

[✓] U. S. DISTRICT COURT
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

[ ] Peter Anderson
OFFICE OF THE U. S. TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

[ ] Frank Cadigan
OFFICE OF THE U. S. TRUSTEE
411 West Fourth Street, Room 9041
Santa Ana, CA 92701

[✓] OFFICE OF THE U.S. TRUSTEE
3685 Main Street, Suite 300
Riverside, CA 92501

[ ] Jennifer Braun
OFFICE OF THE U. S. TRUSTEE
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

---

INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:

See Attached List

---

APPEAL SERVICE LIST

APPEALS: SERVLIST (Revised 2/2010)

| | |
|---|---|
| Modtech Holdings, Inc | Case No.:6:08-24324 TD |
| Monteleone & McCrory LLP vs. Modtech Holdings Inc & Modtech Structures | Adv No: 6:09-01268 TD |

---

**Appellant: Modtech Structures LLC**
Ira D Kharasch
James K.T. Hunter
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd Ste 1100
Los Angeles, CA 90067


**Appellee: Monteleone & McCrory LLP**
Scott C Clarkson
Eve A Marsella
Clarkson Gore & Marsella, APC
3424 Carson Street, Ste 350
Torrance, CA 90503

**Non-Appealing Defendant: Modtech Holdings Inc**
Marc J Winthrop
Charles Liu
Winthrop Couchot
660 Newport Center Dr, 4th Fl
Newport Beach, CA 92660